DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:
    ADELA DE FATIMA ALEMAN
    1285 SUNNYDALE AVE.
    SAN FRANCISCO, CA 94134-2750
                          Debtor(s)

Case No.: 15-30699 DM
Chapter 13

## **NOTICE OF FINAL CURE MORTGAGE PAYMENT**

The Chapter 13 Trustee, David Burchard, submits this Notice of Final Cure Payment by Debtor(s) pursuant to Bankruptcy Rule 3002.1(f).

The Trustee hereby notifies all parties-in-interest that the above-referenced Debtor(s) has/have completed all payments under the plan. Additionally, as to US BANK NA , proof of claim #3, the debtor(s) has/have (*applicable option is checked*):

    __X__    paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim.

    _____    not paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim, due to the provision in the confirmed plan/modified plan.

    _____    not paid in full the amount required to cure pre-petition mortgage arrearages as indicated on the claim, due to the subsequent surrender of property and/or relief from stay granted to creditor.

    _____    $00.00 pre-petition mortgage arrears due, as indicated on the claim.

    _____    Other:

As required by Rule 3002.1(g), within 21 days after service of this notice, the holder of the obligation, US BANK NA shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Trustee a statement indicating:

    (1) Whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the pre-petition mortgage arrearages as indicated on its claim; and

    (2) Whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy Code.

The statement shall itemize the required cure of the pre- and post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Debtor(s) and the Trustee may file motion in response within 21 days per Rule 3002.1(h).

If US BANK NA fails to timely file this statement, Bankruptcy Rule 3002.1(i) remedies will apply for failure to notify.

Dated: September 21, 2018                                      /s/ David Burchard
                                                                                  David Burchard, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Notice of Final Cure Mortgage Payment** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    ADELA DE FATIMA ALEMAN
    1285 SUNNYDALE AVE.
    SAN FRANCISCO, CA 94134-2750

    US BANK NA
    SN SERVICING CORPORATION
    323 FIFTH STREET
    EUREKA, CA 95501

The following recipients have been served via Court's Notice of Electronic Filing:

    BRENT D. MEYER
    brent@meyerllp.com

Dated:   September 21, 2018                  <u>LOLOHEA HAUPEAKUI</u>
                                                             LOLOHEA HAUPEAKUI